UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEMINI II LTD., | : |
| | : |
| v. | : CIVIL NO. 3:11CV55(VLB) |
| | : |
| R&L YACHT REFINISHING, INC. AND | : |
| R&L YACHT REFINISHING - AMERICAS | : |
| INCORPORATED | : |

### DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on February 18, 2011 and March 23, 2011; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the plaintiff against the defendants in the amount of $2,806,028.30.

Dated at Hartford, Connecticut, this 11th day of April, 2011.

ROBERTA D. TABORA, Clerk

By   /s/ LL
    Loraine LaLone
    Deputy Clerk

EOD: _____